UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Cho Yang Shipping Co. Ltd.,

Plaintiff,

vs.

Aurora Transport, Inc.,

Defendant.

Case No. 00-709 DSD/JMM

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the above-entitled action may be, and hereby is, dismissed with prejudice to include all claims and counterclaims, and without further costs or notice to either of the parties.

Dated: 8/15/00

**CHESTNUT & CAMBRONNE, P.A.**

Karl L. Cambronne #14321
Stuart C. Bear #166418
3700 Piper Jaffray Tower
222 South Ninth Street
Minneapolis, MN 55402
(612) 339-7300

Randolph H. Donatelli
CICHANOWICZ, CALLAN, KEANE, VENGROW & TEXTOR, LLP
61 Broadway - Suite 3000
New York, NY 10006-2802
(212) 344-7042

**Attorneys for Plaintiff**

Dated: 8/17/2000

**KALINA, WILLS, GISVOLD & CLARK, PLLP**

Michael C. Glover #185401
941 Hillwind Road NE - Suite 200
Minneapolis, MN 55432
(763) 789-9000

**Attorneys for Defendant**

FILED 8-22-00
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD 8-22-00
DEPUTY CLERK

**ORDER**

The foregoing matter came before the undersigned on the 21st day of August, 2000 upon the parties' Stipulation of Dismissal.

Based on said Stipulation and the settlement agreement reached by the parties in open court and placed on the record; it is hereby ORDERED that this matter is hereby dismissed with prejudice and without costs to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

SO ORDERED
Judge of the DISTRICT COURT